UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                          CRIMINAL ACTION

VERSUS                                            NO.  15-74

CHAAY LIM                                         SECTION  "N"

## ORDER AND REASONS

Presently before the Court is "Chaay Lim's Motion to Dismiss Indictment" (Rec. Doc. 35).  Having carefully considered the parties' submissions, the record in this matter, and applicable law, **IT IS ORDERED** that the motion is **DENIED** for essentially the reasons stated in the Government's memorandum in opposition (Rec. Doc. 35).  Any equities favoring Defendant's motion are legally insufficient to overcome the controlling statutory and jurisprudential authorities.

New Orleans, Louisiana, this 7th day of July 2016.

**KURT D. ENGELHARDT**
**United States District Judge**